CHERYL D. ORR (SBN 143196)
cheryl.orr@dbr.com
VALERIE D. KAHN (SBN 286532)
Valerie.Kahn@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

PHILIPPE A. LEBEL (SBN 274032)
philippe.lebel@dbr.com
DRINKER BIDDLE & REATH LLP
1800 Century Park East
Suite 1500
Los Angeles, CA 90067-1517
Telephone: (310) 203-4000
Facsimile: (310) 229-1285

Attorneys for Defendant
KAPLAN, INC., erroneously sued as KAPLAN
INTERNATIONAL NORTH AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAITLIN RIDLEY, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KAPLAN INTERNATIONAL NORTH AMERICA, LLC,<br><br>Defendant. | Case No. 3:16-cv-02536-JCS<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT KAPLAN, INC. TO RESPOND TO COMPLAINT** |

1   Pursuant to Civil Local Rule 6-1(a), Defendant Kaplan, Inc. ("Defendant" or "Kaplan")[1]
2   and Plaintiff Kaitlin Ridley ("Plaintiff" or "Ridley"), by and through their respective counsel,
3   hereby stipulate as follows:
4   WHEREAS, Ridley served her Collective and Class Action Complaint ("Complaint") on
5   June 1, 2016;
6   WHEREAS, Kaplan currently has until June 22, 2016 to answer or respond to Ridley's
7   Complaint;
8   WHEREAS, Kaplan has requested and Ridley has consented to an additional two weeks
9   for Kaplan's answer or response to Ridley's Complaint;
10  WHEREAS, an additional two weeks for Kaplan's answer or response to Ridley's
11  Complaint will not alter the date of any event or any deadline already fixed by Court order;
12  NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties,
13  through their respective counsel, that Kaplan shall answer or otherwise respond to Ridley's
14  Complaint by July 6, 2016.

Dated: June 22, 2016                    DRINKER BIDDLE & REATH LLP


                                        By: */s/ Cheryl D. Orr*
                                            Cheryl D. Orr
                                            Valerie D. Kahn
                                            Phillippe A. Lebel

                                        Attorneys for Defendant
                                        KAPLAN, INC., erroneously sued as
                                        KAPLAN INTERNATIONAL NORTH
                                        AMERICA, LLC

---

[1] Defendant contends that Kaplan, Inc. is the properly named party and that it was erroneously sued as Kaplan International North America, LLC. Plaintiff will amend the complaint to name a different party if appropriate.

| | |
|---|---|
| Dated: June 22, 2016 | LICHTEN & LISS-RIORDAN, PC |
| | By: */s/ Shannon Liss-Riordan* |
| |     Shannon Liss-Riordan |
| |     Thomas Fowler |
| |     Matthew D. Carlson |
| | Attorneys for Plaintiff |
| | KAITLIN RIDLEY |

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.

                                                        */s/ Cheryl D. Orr*

85921082.3

Dated: June 24, 2016

**IT IS SO ORDERED**
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA